UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

PATRICIA MACINTOSH,

    Plaintiff,

v.

RON CLOUS, et al.,

    Defendants.

_____/

Hon. Phillip J. Green

Case No. 1:21-cv-00309

## **ORDER**

This matter is before the Court on Defendant Grand Traverse County's motion to dismiss for failure to state a claim  (ECF No. 9) and Defendant Clous' motion to dismiss for lack of jurisdiction and failure to state a claim (ECF No. 15). Plaintiff has filed responses to the motions to dismiss (ECF Nos. 23, 31) and defendants have replied (ECF Nos. 28, 34).

The Court conducted a hearing on December 7, 2021, on both motions. (Minutes, ECF No. 38). Counsel for all parties appeared.  Having considered the parties' oral and written submissions, and for the reasons stated on the record,

Defendant Grand Traverse County's  motion  to dismiss for failure to state a claim (ECF No. 9) is **DENIED**.

Defendant Clous' motion to dismiss for lack of jurisdiction and failure to state a claim  (ECF No. 15) is **DENIED**.

**IT IS SO ORDERED**.

Date: December 7, 2021                    /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge